61 P.3d 556

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 14, 2003**

| | | |
|---|---|---|
| 24138 | Hutch v. Parsons | Affirmed |

**January 24, 2003**

| | | |
|---|---|---|
| 23904 | State v. Grindling | Affirmed |

**January 27, 2003**

| | | |
|---|---|---|
| 24363 | State v. Agosto | Reversed |

**January 30, 2003**

| | | |
|---|---|---|
| 24235 | State v. Brooks | Affirmed |
| 24503 | State v. Newby | Affirmed |